UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GIKLIN ARAUZ ]
    Plaintiff, ]
]
v. ] No. 3:06-0901
] Judge Trauger
RICKY BELL, WARDEN, et al. ]
    Defendants. ]

O R D E R

The Court has before it defendants' Motion to Dismiss (Docket Entry No. 32), a Report and Recommendation (Docket Entry No. 55) from the Magistrate Judge urging that the motion be granted, plaintiff's timely objections (Docket Entry No. 56) to the Report and Recommendation, and the defendants' response (Docket Entry No. 59) to the plaintiff's objections.

The Court has reviewed these pleadings *de novo* and, for the reasons stated in the Memorandum contemporaneously entered, finds that the plaintiff's objections lack merit. Therefore, the plaintiff's objections are OVERRULED. The Report and Recommendation is ADOPTED AND APPROVED in all respects. The Motion to Dismiss filed by defendants Bell, Colson, Castile and Love (Docket No. 32) is GRANTED.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge